February 3, 1977.

M. P. No. 75-38. THOMAS J. BORROMEO *v.* PERSONNEL BOARD OF THE TOWN OF BRISTOL. Motion for reargument is denied. *Pasquale T. Annarummo,* for petitioner. *Emilio D. Iannuccillo,* Town Solicitor, for respondent.

M. P. No. 76-46. BRISTOL COUNTY WATER COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner for a stay is denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.

M. P. No. 76-411. TOWN OF TIVERTON *v.* FRATERNAL ORDER OF POLICE. Case is specially assigned for oral argument to Tuesday, March 8, 1977, at 9:30 a.m. The oral argument shall be confined to the single issue as to whether the pension plan provided for in the award is invalid because by its terms it cannot be implemented until after the one year period covered by the award. The brief of the petitioner shall be filed on or before February 15, 1977, and the brief of the respondents on or before February 28, 1977. *Corcoran, Peckham & Hayes, Kathleen Managhan,* for petitioner. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for respondent.

M. P. No. 77-22. TOWN OF NORTH KINGSTOWN *v.* WARREN H. ASHLEY *et al.* Petition for writ of certiorari is denied. *Charles J. McGovern, Richard B. Carpenter,* for plaintiff-respondent. *Hanson, Curran & Parks, David P. Whitman,* for defendants-petitioners Onderdonk and Lathrop Associates, Inc. *Keenan, Rice, Dolan, Reardon & Kiernan, John F. Dolan, Thomas C. Plunkett,* for defendant Warren Ashley. *Swan, Jenckes, Asquith & Davis, Conrad M. Cutcliffe,* for third-party defendant Pawtucket Ready-Mixed Concrete Co.

M. P. No. 77-40. EDWARD E. MORRIS *v.* LINDA D'AMARIO *et al.* Motion for bail is denied. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public

Defenders, for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondents.

C. A. No. 76-293. STATE *v.* EUGENE MONTEIRO. Motion of defendant to remand this case to Superior Court is granted for the purpose of deciding whether the defendant should be released on bail. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Winograd, Shine & Zacks, P.C., John M. Roney,* for defendant.

APPEAL No. 74-209. JOHN A. WORSLEY *v.* ANTHONY CORCELLI, JR. *et al.* Case is assigned for reargument before the full court on Wednesday, March 9, 1977 at 9:30 a.m. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiff. *James M. Shannahan,* for defendants.

APPEAL No. 74-215. HENRY D'AGOSTINO *et al. v.* JOSEPH E. DOORLEY, JR. *et al.* Motion of plaintiffs for a reargument before the full court is granted. *John Quattrocchi, Jr.,* for plaintiffs. *John Rotondi, Jr.,* Deputy City Solicitor, *Tillinghast, Collins & Graham, John J. Partridge,* for defendants.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. Motion of defendant to dismiss the plaintiff's appeal is granted unless the plaintiff files a brief on or before April 5, 1977. If the plaintiff's brief is not filed by the above date this case will be dismissed without any further order by this Court. *John G. Carroll, Robert K. Pirraglia,* for defendant.

APPEAL No. 76-10. WALTER MUNRO *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of defendant to dismiss the plaintiff's appeal is denied. Plaintiff's motion to amend and file appeal out of time is denied without prejudice. Case is remanded to the Workmen's Compensation Commission for any action it deems proper under Rule 10(e) of this Court. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiff. *Ambrose W. Carroll, Eldridge H. Henning, Jr.,* for defendant.